WEST RIDGELAWN CEMETERY, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 24, 1940—Decided October 10, 1940.

For the appellant, *Louis A. Fast.*

For the respondent, *John G. Dluhy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, DONGES, PORTER, DEAR, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   8.

*For reversal*—THE CHIEF JUSTICE, HEHER, WELLS, JJ.   3.